**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:03CR267** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **JUDGMENT** |
| | ) | |
| **RODNEY L. HARRISON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

IN accordance with the Memorandum and Order entered on this date,

IT IS ORDERED:

1.      The Court has completed the initial review of the Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (§ 2255 motion) (Filing No. 114); and

2.      Upon initial review, the Court summarily denies the Defendant's § 2255 motion (Filing No. 114).

DATED this 13th day of June, 2005.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge