IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:03CR267 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| RODNEY HARRISON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the government's Motion to Extend Time to File an Answer to the defendant's 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence. (Filing No. 163).

IT IS ORDERED:

1.  The government's Motion to Extend Time to File an Answer to the defendant's 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence. (Filing No. 163) is granted;

2.  On or before July 6, 2007, the United States shall file an answer to the Defendant's second claim in the § 2255 motion and support its answer with a brief;

3.  On or before, August 6, 2007, the Defendant, through appointed counsel, may file a responsive brief addressing only the second claim; and

4.  The Clerk is directed to mail a copy of this Memorandum and Order to the Defendant at his last known address.

DATED this 22nd day of June, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge